944

stitute parties appellant are granted. The judgments are reversed. *Alabama Public Service Commission* v. *Southern R. Co., ante,* p. 341. *Si Garrett,* Attorney General of Alabama, *A. A. Carmichael,* then Attorney General, and *Wallace L. Johnson,* Assistant Attorney General, for appellants. *W. A. Northcutt* and *Robert E. Steiner, Jr.* for appellee in No. 660.

No. 538. SUNBEAM CORPORATION *v.* WENTLING. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court for reconsideration in the light of *Schwegmann Brothers* v. *Calvert Distillers Corp., ante,* p. 384. *Herman T. Van Mell, Ira Jewell Williams, Jr., Thomas Raeburn White* and *Ira Jewell Williams* for petitioner. *Gilbert Nurick* for respondent. Briefs of *amici curiae* supporting the petition were filed by *Ivan A. Elliott,* Attorney General, and *William C. Wines, Robert J. Burdett* and *John T. Coburn,* Assistant Attorneys General, for the State of Illinois; and *Robert E. Woodside,* Attorney General, and *Harry F. Stambaugh* for the State of Pennsylvania.

No. 586. GREENBERG *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court for reconsideration in the light of *Hoffman* v. *United States, ante,* p. 479. *Frederick Bernays Wiener* and *Jacob Kossman* for petitioner. *Solicitor General Perlman, As-*